CITY OF BRIDGEPORT *v.* BARBOUR-
DANIEL ELECTRONICS, INC.

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 574, is denied.

*David M. McHugh,* in support of the petition.

Decided November 17, 1988

JULIUS GOLD *v.* PAUL L. NEWMAN ET AL.

The defendant David Kalman's petition for certification for appeal from the Appellate Court is granted, limited to the following issue:

"Can a defendant appeal from the denial of a motion for judgment notwithstanding the failure of a jury to return a verdict?"

*Arnold J. Bai,* in support of the petition.

*Joram Hirsch,* in opposition.

Decided November 30, 1988